**STATE of Louisiana**

v.

**David BROWN**

**NO. 2016-KK-0924**

Supreme Court of Louisiana.

September 6, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Lafourche, 17th Judicial District Court Div, A, No. 520401; to the Court of Appeal, First Circuit, No. 2016 KW 0228;

Denied.

WEIMER, J., recused.

**STATE of Louisiana**

v.

**Jonathan ALEXANDER & Ryan Miner**

**In re: State of Louisiana, Plaintiff**

**NO. 2016-KK-0931**

Supreme Court of Louisiana.

September 6, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Orleans, Criminal District Court Div. F, No. 511-633; to the Court of Appeal, Fourth Circuit, No. 2016-K-0260

Denied.

**STATE of Louisiana**

v.

**Laken Andrew JOHNSON**

**NO. 2015-KO-1328**

Supreme Court of Louisiana.

September 6, 2016

Applying For Writ of Certiorari and/or Review, Parish of Allen, 33rd Judicial District Court Div. A, No. 2014-0654; to the Court of Appeal, Third Circuit, No. 14-1227;

Denied.